IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY COLEMAN, #387120,
    Plaintiff,

vs.                                       Case No. 3:08cv191/RV/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 15, 2008. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED without prejudice** to Plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

      3. All pending motions are **DENIED as moot**.

      **DONE AND ORDERED** this 13th day of June, 2008.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**